IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CHERYL L. KELSEY,<br>　　　　Plaintiff,<br><br>v.<br><br>TEXAS A&M UNIVERSITY -<br>SAN ANTONIO,<br>　　　　Defendant. | §<br>§<br>§<br>§   CIVIL ACTION NO.<br>§   SA-13-CA-00383<br>§<br>§<br>§<br>§ |

## COMPLAINT

Plaintiff by her attorneys Gaul and Dumont complaining of Defendant Texas A&M University - San Antonio alleges:

### JURISDICTION AND VENUE

(1) This action is brought to remedy discrimination on the basis of sex (female), in the terms, conditions, and privileges of employment, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq.* (Title VII).

This action is also brought to remedy unlawful, gender-based wage differentials under the Equal Pay Act of 1963, 29 U.S.C. §§206(d) (EPA).

(2) Injunctive and declaratory relief, damages, and other appropriate legal and equitable relief are sought pursuant to 42 U.S.C. §2000e-5(f) and (g) and 42 U.S.C. §1981a.

(3) Plaintiff Cheryl L. Kelsey, a resident of the State of Texas, filed a complaint of discrimination against Defendant with the Equal Employment Opportunity Commission (EEOC) complaining of the acts of sex discrimination alleged herein.

(4) On March 6, 2013, the EEOC issued Plaintiff a notice informing her of her right to sue Defendant in federal court.

(5)     Plaintiff has complied fully with all prerequisites to jurisdiction in this Court under Title VII and the EPA.  Jurisdiction of the Court is proper under §706(f)(3) of Title VII, 42 U.S.C. §2000e-5(f)(3).

(6)     As the unlawful employment practices complained of herein occurred within the Western District of Texas, venue is proper in this District pursuant to §706(f)(3) of Title VII, 42 U.S.C. §2000e-5(f)(3), and 28 U.S.C. §1391(b).

## PARTIES

(7)     Plaintiff was first employed by Defendant as an Assistant Professor, for the 2009-2010 academic year.

(8)     Defendant is an employer as defined by Title VII and the EPA.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

(9)     Plaintiff was first employed by Defendant as an Assistant Professor, for the 2009-2010 academic year, in the Department of Leadership and Counseling, School of Education and Kinesiology.

(10)    At the beginning of the same academic year, W. Sean Kearney (male) was employed by Defendant as an Assistant Professor, in the same Department as Plaintiff, but paid a lower salary than Plaintiff.

(11)    Also at the beginning of the same academic year, David Herrington (male) was employed by Defendant as an Associate Professor, in the same Department as Plaintiff.  Herrington received a higher salary than Plaintiff, because he was hired at the higher rank of Associate Professor.

(12)    Prior to the beginning of the 2011-2012 academic year, Plaintiff received tenure and was promoted to Associate Professor, but paid a lower salary than Herrington received when he was

hired as an Associate Professor.

(13) Plaintiff received a $4,500 pay raise for her promotion to Associate Professor.

(14) At the same time as Plaintiff received her pay raise for the promotion, Kearney was given a $15,000 pay raise, although he remained as an Assistant Professor and did not have tenure. Kearney is paid more as an Assistant Professor than Plaintiff is paid as an Associate Professor.

(15) Defendant claims Kearney received the pay raise, because he planned to interview for a position at another university.

(16) Kearney never interviewed for another position nor did he receive a job offer from another university.

(17) A female in the same situation as Kearney, who had interviewed and received a job offer from another university, requested a $1,000 pay raise to stay and was denied the raise by Defendant.

(18) Female faculty members are generally paid less than male faculty members in the Department of Leadership and Counseling, Department of Curriculum and Kinesiology, and School of Education and Kinesiology, where Plaintiff is employed.

**FIRST CAUSE OF ACTION**

(19) Defendant has discriminated against Plaintiff in the terms and conditions of her employment on the basis of her sex (female), in violation of Title VII.

(20) Plaintiff is now suffering and will continue to suffer irreparable injury and monetary damages as a result of Defendant's discriminatory practices unless and until this Court grants relief.

**SECOND CAUSE OF ACTION**

(21) Defendant has paid Plaintiff a lower wage based on her sex (female), in violation of the EPA.

(22)  Plaintiff is now suffering and will continue to suffer irreparable injury and monetary damages as a result of Defendant's discriminatory practices unless and until this Court grants relief.

## PRAYER FOR RELIEF

(23)  WHEREFORE, Plaintiff respectfully requests this Court enter a judgment:

(a)  Declaring the acts and practices complained of herein are in violation of Title VII and the EPA;

(b)  Enjoining and permanently restraining these violations of Title VII and the EPA;

(c)  Directing Defendant to take such affirmative action as is necessary to ensure the effects of these unlawful employment practices are eliminated and do not continue to affect Plaintiff's employment opportunities;

(d)  Directing Defendant to place Plaintiff in the position she would have occupied but for Defendant's discriminatory treatment of her, and make her whole for all earnings she would have received but for Defendant's discriminatory treatment, including, but not limited to, wages, pension, and other lost benefits;

(e)  Awarding Plaintiff compensatory damages;

(f)  Awarding Plaintiff the costs of this action together with reasonable attorneys' fees, as provided by §706(k) of Title VII, 42 U.S.C. §2000e-5(k); and

(g)  Granting such other and further relief as this Court deems necessary and proper.

## DEMAND FOR A TRIAL BY JURY

(24)  Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

LAW OFFICES OF
GAUL AND DUMONT
924 Camaron Street
San Antonio, Texas 78212
(210) 225-0685
(210) 320-3445 - Fax


By: *s// Malinda A. Gaul*
MALINDA A. GAUL
State Bar #08239800
Attorney for Plaintiff