IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHERYL L. KELSEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-13-CA-383-FB |
| | § | |
| TEXAS A&M UNIVERSITY - SAN ANTONIO, | § | |
| | § | |
| Defendant. | § | |

## COURT ADVISORY CONCERNING DISCOVERY

As this case begins, the Court wishes to apprise counsel and the parties of the Court's expectations concerning the conduct of discovery:

1. Subject to matters of privilege, the Court expects the parties to engage in full and open discovery, laying all cards on the table with the goal being the early and less expensive resolution of this dispute for the benefit of the parties.  See generally FED. R. CIV. P. 26(b)(1) and W. DIST. LOC. R. CV-16 and CV-26 through CV-37.

2. There will be no Rambo tactics or other forms of elementary school behavior.  Simply put:  Do not play games.

3. If necessary, the Court will require the party wishing to withhold information to present those items in camera to the Court.  Should it be determined that discovery of those items should have been made, the Court will impose appropriate penalties.

4. The Court observes, and counsel are well aware, that a trial, appeal and reversal and remand for new trial would result in each side being aware of the opponent's evidence.  It would appear to be more efficient and less costly for the clients simply to make discovery early in the case, **regardless of whether the information is hard copy, computerized, etc.**

It is so ORDERED.

SIGNED this 3rd day of January, 2014.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE