IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHERYL L. KELSEY, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | SA-13-CA-00383-FB |
| TEXAS A&M UNIVERSITY - | § | |
| SAN ANTONIO, | § | |
|     Defendant. | § | |

## ADVISORY TO THE COURT

Now comes Plaintiff Cheryl L. Kelsey and advises the Court the matter has been settled to all parties' satisfaction. The parties will submit a Stipulation of Dismissal within 30 days.

Respectfully submitted,

LAW OFFICES OF
GAUL AND DUMONT
924 Camaron Street
San Antonio, Texas 78212
(210) 225-0685
(210) 320-3445 - Fax

By:     */s/ Malinda A. Gaul*
         MALINDA A. GAUL
         State Bar #08239800
         Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2014, I electronically filed the above and foregoing *Advisory to the Court* with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Amanda J. Cochran-McCall
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548

                                                                         */s/ Malinda A. Gaul*
                                                                         MALINDA A. GAUL